# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 18-327 CJC (MRW) | Date | April 12, 2018 |
| Title | Aung v. Nielsen | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

Petitioner filed a notice to dismiss this case. (Docket # 12.) This action is dismissed.